1 | Elissa D. Miller (CA Bar No. 120029)
emiller@sulmeyerlaw.com
2 | **Sulmeyer**Kupetz
A Professional Corporation
3 | 333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
4 | Telephone: 213.626.2311
Facsimile: 213.629.4520
5 |
6 | Attorneys for Helen R. Frazer, Chapter 7
Trustee

7 | **UNITED STATES BANKRUPTCY COURT**

8 | **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

| | |
|---|---|
| In re | Case No. 6:16-BK-12192-WJ |
| MARK TECHNOLOGY CORPORATION, | Chapter 7 |
| Debtor. | |
| | Adv. No. _____ |
| HELEN R. FRAZER, solely in her capacity of Chapter 7 Trustee, | **COMPLAINT FOR:** |
| Plaintiff, | **1)  DISGORGEMENT OF FUNDS PAID PURSUANT TO CALIFORNIA BUSINESS AND PROFESSIONS CODE §7031(b);** |
| vs. | **2)  AVOIDANCE OF FRAUDULENT TRANSFERS;** |
| TENDERLAND RENEWABLES, LLC; a California limited liability company; TENDERLAND POWER COMPANY, INC., a Delaware corporation; and MARK G. JONES, an individual, | **3) RECOVERY OF PAYMENTS AVOIDED;** |
| Defendants. | **4) SUBORDINATION OF CLAIM PURSUANT TO 11 U.S.C. § 510(c); AND** |
| | **5)  BREACH OF FIDUCIARY DUTY** |
| | Date:   [To be set by summons]
Time:   [To be set by summons]
Place:   Courtroom 304
          3420 Twelfth Street
          Riverside, CA 92501 |

EDM\ 2620413.1

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1    For her "Complaint for: "1)  Disgorgement Of Funds Paid Pursuant To California

2  Business And Professions Code §7031(B); 2)  Avoidance Of Fraudulent Transfers; 3)

3  Recovery Of Payments Avoided; 4) Subordination Of Claim Pursuant To 11 U.S.C. §

4  510(c); and 5)  Breach Of Fiduciary Duty" (the "Complaint"), plaintiff Helen R. Frazer,

5  ("Plaintiff"), the duly appointed, qualified, and acting chapter 7 trustee for the estate of

6  Mark Technology Corporation, the above-captioned debtor (the "Debtor"), hereby alleges

7  as follows:

8    **STATEMENT OF JURISDICTION, NATURE OF PROCEEDING, AND VENUE**

9    1.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §§

10  157(b)(1) and 1334(a).  This action is a core proceeding under 28 U.S.C. § 157(b)(2)(A),

11  (E), (H), and (O).  This action is a proceeding arising in and/or related to the bankruptcy

12  case of *In re Mark Technology Corporation* (the "Bankruptcy Case"), which is a case

13  under chapter 7 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, (the

14  "Bankruptcy Code"), and which is pending in the United States Bankruptcy Court for the

15  Central District of California, Riverside Division (the "Court").  Regardless of whether this

16  proceeding is core, non-core, or otherwise, Plaintiff consents to the entry of a final order

17  and judgment by the Bankruptcy Court.

18    2.    Venue properly lies in this judicial district pursuant to 28 U.S.C. § 1409(a).

19    **PARTIES**

20    3.    Plaintiff is the duly appointed, qualified, and acting chapter 7 trustee of the

21  Debtor's bankruptcy estate (the "Estate").  Plaintiff brings this action solely in her capacity

22  as the chapter 7 trustee.

23    4.    Plaintiff was appointed after the filing of the Bankruptcy Case.  As a result,

24  Plaintiff may not have personal knowledge of certain facts alleged in this Complaint that

25  occurred prior to her appointment and, to the extent that is the case, Plaintiff alleges all

26  such facts on information and belief.  To the extent Plaintiff may not have personal

27  knowledge of any other facts alleged herein, whether relating to acts and events before

28  or after her appointment, all such facts are alleged on information and belief.  Plaintiff

1    reserves the right to amend this Complaint to allege additional claims against one or

2    more of the above-captioned defendants, to challenge, avoid, and/or recover transfers

3    other than and in addition to those alleged in this Complaint, to name additional

4    defendants, and to otherwise amend this Complaint.

5        5.    Plaintiff is informed and believes, and based thereon alleges, that

6    defendant Tenderland Renewables, LLC ("TR") is a California Limited Liability Company

7    doing business in the State of California, in this judicial district.

8        6.    Plaintiff is informed and believes, and based thereon alleges, that

9    defendant Tenderland Power Company, Inc., ("TP") is a Delaware corporation qualified to

10   and doing business in the State of California.  Plaintiff is further informed and believes,

11   and based thereon alleges, that at all relevant times, TP is and was the sole member of

12   TR; and the 100% shareholder of the Debtor and TP.

13       7.    Plaintiff is informed and believes, and based thereon alleges, that

14   defendant Mark Jones ("Jones") is an individual residing in the State of Ohio and doing

15   business in the State of California.  Plaintiff is further informed and believes, and based

16   thereon alleges that at all relevant times, Jones is and was the President of the Debtor,

17   the President of TP;  and the Chief Executive Officer of TR.

18                **ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF**

19       8.    At the time this Bankruptcy case was filed, the assets of the estate included

20   the "Alta Mesa Project," which was comprised of approximately 650 acres of land

21   improved with wind turbine generators ("WTGs") and related infrastructure as well as

22   other miscellaneous personal property, all of which were identified on the Debtor's

23   bankruptcy schedules.

24       9.    The assets which are referred to as the Alta Mesa Project were used to

25   generate power which was then sold to Southern California Edison ("SCE") pursuant to

26   (i) the "Alta Mesa Power Purchase Agreement" (the "PPA"), and (ii) other ancillary

27   agreements (collectively, the "Agreements").  Funds from operations were deposited in a

28   bank account at City National Bank (the "CNB Account").

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

10.    The Trustee is informed and believes and thereon alleges that prior to 2013, the Debtor entered into agreements with one or more of EDF Renewable Energy, Inc. ("EDF-RE"), Alta Mesa Phase III Partners, EDF Renewable Windfarm IV, Inc., and EDF Renewable Services, Inc. (collectively, the "EDF Parties") for the EDF Parties to operate the Alta Mesa Project.

11.    The Trustee is further informed and believes and thereon alleges that prior to October, 2012 the Debtor attempted to and/or purported to terminate the EDF Parties' right to operate the Alta Mesa Project; in or around May, 2013, the EDF Parties ceded control back to the Debtor; and on or about May 31, 2013, the EDF Parities filed a complaint against the Debtor and TP in the Superior Court for the County of Riverside, State of California, Commencing Case No. RIC 1306495 (the "State Court Action.").

12.    The Trustee is further informed and believes that the Debtor filed a cross-complaint against the EDF Parties in State Court Action, alleging, among other causes of action, conversion and specific performance.

13.    The Trustee is further informed and believes that while the State Court Action was pending, the Debtor, through TR, operated the Alta Mesa Project, however, the proceeds remained in the CNB Account under the control of the EDF Parties so that the Debtor ultimately sought and on August 14, 2014, was granted a preliminary injunction which provided for the release of Funds to the Debtor to pay for the operation of the Alta Mesa Project subject to proper documentation.

14.    The Trustee is further informed and believes and thereon alleges that commencing on October 31, 2014 for the period June 1, 2013 through October 8, 2014, and continuing monthly thereafter through August 25, 2015, the Debtor was paid a total of $2,908,140.70 from the CNB Account pursuant to the Preliminary Injunction (the "Payments").

15.    The Trustee is further informed and believes that as the Funds were received, the Debtor immediately either paid the Funds directly to TR or indirectly to TR through TP ("the Payments").  Attached hereto as **Exhibit 1,** are copies of the Debtor's

1  bank statements reflecting the income from the CNB Account and the Payments to TP for

2  the time period October, 2014 through August, 2015.  In its Claim No. 8, filed on

3  September 6, 2016, TR admits that it received the Payments.

4       16.    On or about September 1, 2015, a Judgment was entered in the State

5  Court action in favor of one or more of the EDF Parties and against the Debtor for in

6  excess of a combined approximately $20 million.  The Trustee is informed and believes

7  that Judgment on the Cross-Complaint was also entered into in favor of the EDF Parties.

8       17.    The Trustee is Informed and believes that on September 9, 2015 one or

9  more of the EDF Parties filed an abstract of judgment in respect of the Judgment in the

10  County of Riverside, Document No. 2015-0416151 (the "Abstract") and filed a judgment

11  lien on personal property with the California Secretary of State, Document No. 15-

12  7484240409 (the "JLPP").

13       18.    On March 11, 2016, the Debtor filed a petition for relief under chapter 11 of

14  title 11 of the United States Code commencing the instant case.

15       19.    As a result of the Debtor waiting more than 90 days after the recording of

16  the Abstract and the filing of the JLPP to file this Case, both liens were seasoned and not

17  avoidable as preferences.

18       20.    The Debtor remained in possession as a debtor in possession until May 4,

19  2016, when the case was converted to one under chapter 7, after which Helen R. Frazer

20  was appointed as trustee and she has been serving in that capacity since.

21       21.    TR continued to operate the Alta Mesa Project after entry of the Judgment

22  in the State Court Action during the Chapter 11 until after the Trustee was appointed in

23  this case.

24       22.    As noted above, on September 6, 2016, TR filed Claim No. 8 ("Claim No.

25  8") as a general unsecured claim seeking payment for certain pre-petition periods as well

26  as profits for the period when it was paid during the State Court Action.  On February 22,

27  2018, the Trustee filed her Objection to Claim No. 8 [Docket No. 490], requesting that it

28  be disallowed in its entirety on the grounds that, among other things, as a matter of law,

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1   because TR is an unlicensed contractor it cannot bring or maintain any action, or recover

2   in law or equity in any action, for the collection of compensation. California Business and

3   Professions Code ("B&P") § 7031(a).

4          23.     On February 28, 2018, TR Filed a Motion for allowance and payment of an

5   administrative claim (the "Administrative Claim") for services allegedly provided during

6   the time the case was pending in Chapter 11 and after conversion during the Chapter 7

7   until the Trustee took over operations. [Docket No. 499]  The last day to respond to that

8   Motion is March 13, 2018.  The Trustee intends to oppose that motion seeking

9   disallowance of that claim in its entirety pursuant to B&P 7031(a), and other grounds.

10                      **FIRST CLAIM FOR RELIEF**

11      **For Disgorgement Pursuant To Business & Professions Code §7031(b)**

12                          **(Against TR and TP)**

13         24.     Plaintiff realleges and incorporates herein by reference each and every

14  allegation contained in paragraphs 1 through 23 as though set forth in full.

15         25.     Plaintiff is informed and believes and thereon alleges that the services that

16  TR was providing on the Alta Mesa Project required TR to hold a valid electrical

17  contractors license.

18         26.     Plaintiff is further informed and believes and thereon alleges that that at no

19  time, including but not limited to all periods when TR alleges it operated the Alta Mesa

20  Project, was TR a licensed contractor (electrical or otherwise) in the state of California.

21         27.     The Bank Records reflect that the Payments were made to TP and TR

22  admits in Claim No. 8 that it received the Payments for the time period October, 2014

23  through August, 2015 in the amount of not less than $2,908,140.70 for services provided

24  on the Alta Mesa Project.

25         28.     Pursuant to B&P §7031(b), the Trustee is entitled to recover on behalf of

26  the Debtor's Estate, the Payments to TR whether directly or through TP in the amount of

27  not less than $2,908,140.70.

28

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1

### **SECOND CLAIM FOR RELIEF**

2

### **(For Avoidance of Fraudulent Transfer Under 11 U.S.C. § 548(a)(1)(B))**

3

### **(Against TR and TP)**

4    29.    Plaintiff realleges and incorporates herein by reference each and every

5    allegation contained in paragraphs 1 through 28 as though set forth in full.

6    30.    Plaintiff is informed and believes, and based thereon alleges, that due to

7    the fact that TR is an unlicensed contractor, payments made to it October, 2014 through

8    August, 2015 were unauthorized under California law, and therefore, the Debtor did not

9    receive reasonably equivalent value for the Payments.

10    31.    The Payments, and each of them, occurred within two years before the

11    Petition Date.

12    32.    Plaintiff is informed and believes, and based thereon alleges, that at the

13    time of the Payments, the Debtor: (a) was insolvent or became insolvent as a result of the

14    Payments; (b) was engaged in business or a transaction, or was about to engage in

15    business or a transaction, for which any property remaining with the Debtor was an

16    unreasonably small capital; and/or (c) intended to incur, or believed that it would incur,

17    debts that would be beyond its ability to pay as such debts matured.

18    33.    Plaintiff is entitled to an order and/or judgment that the Payments are

19    avoided and/or providing any other remedy available under applicable law.

20

### **THIRD CLAIM FOR RELIEF**

21

### **(For Avoidance of the Payments Under 11 U.S.C. § 544 and the California Uniform**

22

### **Voidable Transactions Act, Cal. Civil Code § 3439.04(a)(2))**

23

### **(Against TR and TP)**

24    34.    Plaintiff realleges and incorporates herein by reference each and every

25    allegation contained in paragraphs 1 through 33 as though set forth in full.

26    35.    The Payments were made within four years of the Petition Date.

27    36.    Plaintiff is informed and believes, and based thereon alleges, that at the

28    time of the Payments, the Debtor: (a) was engaged or was about to be engaged in a

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1   business or a transaction for which the remaining assets of the Debtor were

2   unreasonably small in relation to the business or transaction; and/or (b) intended to incur,

3   or believed or reasonably should have believed that it would incur, debts beyond its

4   ability to pay as they became due.

5       37.    Plaintiff is entitled to an order and/or judgment that the Payments are

6   avoided and/or providing any other remedy available under applicable law.

7   **FOURTH CLAIM FOR RELIEF**

8   **(For Avoidance of the Payments Under 11 U.S.C. § 544 and the California Uniform**

9   **Voidable Transactions Act, Cal. Civil Code § 3439.05)**

10  **(Against TR and TP)**

11      38.    Plaintiff realleges and incorporates herein by reference each and every

12  allegation contained in paragraphs 1 through 37 as though set forth in full.

13      39.    The Payments occurred within four years of the Petition Date.

14      40.    Plaintiff is entitled to an order and/or judgment that Payments are avoided

15  and/or providing any other remedy available under applicable law.

16  **FIFTH CLAIM FOR RELIEF**

17  **(For Recovery of Payments Avoided Under 11 U.S.C. § 550(c))**

18  **(Against TR & TP)**

19      41.    Plaintiff realleges and incorporates herein by reference each and every

20  allegation contained in paragraphs 1 through 40 as though set forth in full.

21      42.    Plaintiff is informed and believes, and based thereon alleges, that the

22  Payments are transfers that should be avoided as alleged in this Complaint and, based

23  thereon, Plaintiff is entitled to avoid the Payments.

24      43.    Plaintiff is informed and believes, and based thereon alleges, that TR and

25  TP are transferees (initial, immediate, mediate, or otherwise) within the meaning of 11

26  U.S.C. § 550(a).

27

28

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

44.     Plaintiff is entitled to an order and/or judgment for the recovery of the Payments with interest at the applicable rate from the date of each Payment for the benefit of the Estate.

### SIXTH CLAIM FOR RELIEF

### (For Subordination of Claims Pursuant to 11 U.S.C. § 510)

### (Against TR)

45.     Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 44 as though set forth in full.

46.     On September 6, 2016, TR filed Proof of Claim No. 8 asserting a prepetition unsecured claim of $2,495,578.98.

47.     On July 28, 2018, TR filed its "Motion For Order Re: Allowance Of Administrative Claims Under Section 503(B) Of The Bankruptcy Code And Immediate Payment Of Movant Tenderland Renewables, LLC's Chapter 7 And Chapter 11 Claims" the "Administrative Claim.") [Docket No. 499]

48.     Plaintiff has filed an objection to Claim No. 8 [Docket No. 490] and will file an opposition to the Administrative Claim by the deadline of March 13, 2018.

49.     Plaintiff contends that throughout this Case, TR has filed pleadings and taken positions in bad faith, based on perjurious testimony which were intended to and in fact which have interfered with the orderly administration of this case, needlessly caused the increase in administrative fees and costs, and resulted in financial harm to legitimate creditors.

50.     Therefore, and to the extent that either Claim No. 8 is allowed or the Administrative Claim Motion granted, Plaintiff seeks a judgment subordinating such claim(s) pursuant to Section 510(c) under principals of equitable subordination.

## **SEVENTH CLAIM FOR RELIEF**

### **(For Breach of Fiduciary Duty)**

### **(Against Jones and TP)**

51.     Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 50 as though set forth in full.

52.     Jones' position as an officer of the Debtor created and imposed upon him a fiduciary duty to the Debtor and its creditors such that Jones, among other things, was duty bound to act with the utmost good faith for the benefit of the Debtor and its creditors. Also inherent in Debtor's relationship with the Debtor was the duty of undivided loyalty that Jones' owed to the Debtor.

53.     TP owed a fiduciary duty to the creditors of the Debtor, once the Debtor became insolvent as it was a shareholder of Debtor (i.e., Debtor's Parent).

54.     Plaintiff is informed and believes and thereon alleges that Jones and/or TP knowingly and intentionally breached their respective fiduciary duties to the Debtor and its creditors by engaging in, participating in, knowing of, and facilitating, the actions described in this Complaint, including but not limited to the following:

        a.     Failing to file this Bankruptcy Case within 90 days of the recordation by the EDF Parties of the Abstract and the filing of its JLPP thereby preventing the Debtor to avoid such liens as preferences;

        b.     Causing the Debtor to pay over $2.5 million to TR, an unlicensed Contractor;

        c.     Filing pleadings and other documents with the Court not in good faith, based on perjury and for the sole purpose of interfering with the administration of the estate, attempting to take assets of the estate as their own, and causing the Trustee to incur excessive administrative fees.

55.     The actions, tactics and omissions of Jones and TP that are described in this Complaint, in breach of their respective fiduciary duties to the Debtor and its

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1  creditors, were: (i) harmful and detrimental to the Debtor and its creditors, and (ii) not in

2  good faith or in the best interests of the Debtor or its creditors.

3       56.    Plaintiff alleges that such actions and omissions of Jones and TP do not

4  represent actions performed with such care as an ordinarily prudent person in their

5  respective positions would engage in under similar circumstances.  Plaintiff further

6  alleges that that the foregoing was a breach of Jones and TP's respective fiduciary duties

7  to the Debtor and its creditors.

8       57.    As a direct and proximate result of Jones and/or TP's breaches of their

9  respective fiduciary duties to the Debtor and its creditors, the Debtor and, in turn, the

10  Debtor's chapter 7 estate, has suffered damages in the amount of no less than the full

11  amount of outstanding costs of administration and claims of creditors that are or will be

12  asserted against the Debtor's estate in the Bankruptcy Case.

13       58.    Plaintiff is entitled to an order and/or judgment for compensatory and other

14  damages in favor of Plaintiff according to proof, and the value thereof, together with

15  interest at the applicable rate.

16       **WHEREFORE**, Plaintiff respectfully prays for the following relief against

17  Defendant:

18       **ON THE FIRST CLAIM FOR RELIEF:**

19       1.    For an order and/or judgment that Tenderland Renewables, LLC and/or

20  Tenderland Power Company, LLC jointly and severally disgorge to the Debtor's estate

21  the sum of $2,908,140.70 pursuant to California Business & Professions Code 7031(b);

22       **ON THE SECOND, THIRD, AND FOURTH CLAIMS FOR RELIEF:**

23       2.    For an order and/or judgment that the Payments are avoided and/or

24  providing any other remedy available under applicable law;

25       **ON THE FIFTH CLAIM FOR RELIEF:**

26       3.    For an order and/or judgment for the recovery of the Payments and/or

27  providing any other remedy available under applicable law;

28

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1    **ON THE SIXTH CLAIM FOR RELIEF**

2    4.    To the extent that TR's Claim No. 8 and/or its Administrative Claim is

3    allowed, for an order and/or judgment subordinating such claims pursuant to 11 U.S.C.

4    510(c);

5    **ON THE SEVENTH CLAIM FOR RELIEF**

6    5.    For damages according to proof;

7    **ON ALL CLAIMS FOR RELIEF:**

8    6.    For costs of suit incurred herein,

9    7.    For attorney's fees as allowed by contract or law; and

10    8.    For such other and further relief as is just and proper.

11    DATED:  March 9, 2018                    **Sulmeyer**Kupetz
                                            A Professional Corporation
12

13                                        By:    _/s/ Elissa D. Miller_

14                                            Elissa D. Miller
                                            Attorneys for Helen R. Frazer, Chapter 7
15                                            Trustee

16

17

18

19

20

21

22

23

24

25

26

27

28

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

EDM\ 2620413.1

# EXHIBIT 1

Case 6:18-ap-01058-WJ    Doc 1    Filed 03/09/18    Entered 03/09/18 16:26:22
Main Document        Page 14 of 28

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/8 | | Online Dep Detail & Images | | 3.00 | 4,086.85 |
| 10/20 | | WT Fed#01375 Cnb-City National /Org=Cnb Ttee for Srf# 2014102000004342 Trn#141020112185 Rfb# 0000000003428831 | 1,200,366.66 | | |
| 10/20 | | Wire Trans Svc Charge - Sequence: 141020112185 Srf# 2014102000004342 Trn#141020112185 Rfb# 0000000003428831 | | 15.00 | |
| 10/20 | | Online Transfer to Tender Land Power CO Inc Ref #Ibecd485S2 Business Checking Mtc Checking to Tpc Checking | | 600,000.00 | |
| 10/20 | | Online Transfer to Tender Land Power CO Inc Ref #Ibeg95Nfbm Business Checking Mtc Checking to Tpc Checking | | 600,400.00 | 4,038.51 |
| **Ending balance on 10/31** | | | | | **4,038.51** |
| **Totals** | | | **$1,200,366.66** | **$1,200,418.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 10/01/2014 - 10/31/2014 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $4,038.51 ☑ |
| · Average ledger balance | $6,000.00 | $4,069.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

W8/W8



**TIP** **You could go to Super Bowl XLIX in Arizona courtesy of Visa!**
Visit **wellsfargo.com/visafootball** for details and Official Rules.

NO PURCHASE OR OBLIGATION NECESSARY TO ENTER OR WIN.

## ✓ IMPORTANT ACCOUNT INFORMATION

The following provisions are being added to the Business Account Agreement and the Selected Terms and Conditions for Wells Fargo Business Debit Cards, Business ATM Cards and Business Deposit Cards (each, an "Agreement") to clarify the use of a Business Debit Card through a mobile device.

**Using your Business Debit Card through a Mobile Device**

Case 6:18-ap-01058-WJ    Doc 1    Filed 03/09/18    Entered 03/09/18 16:26:22
Main Document        Page 15 of 28



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|---------------------|---------------------|
| 11/5 | | Bank By Mail Deposit | 96.80 | | 4,135.31 |
| 11/18 | | WT Fed#01759 Cnb-City National /Org=Cnb Ttee for Srf# 2014111800004602 Trn#141118106300 Rfb# 0000000003478052 | 124,353.39 | | |
| 11/18 | | Wire Trans Svc Charge - Sequence: 141118106300 Srf# 2014111800004602 Trn#141118106300 Rfb# 0000000003478052 | | 15.00 | |
| 11/18 | | Online Transfer to Tender Land Power CO Inc Ref #Ibeg9Fbtsn Business Checking Mtc Checking to Tpc Checking | | 124,400.00 | 4,073.70 |
| **Ending balance on 11/28** | | | | | **4,073.70** |
| **Totals** | | | **$124,450.19** | **$124,415.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---------------------------|-----------|----------------|--------------|-------------------------------------|--------------------------|
| Transactions | 2 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



007720



CONFIDENTIAL

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-------------------|---------------------|----------------------|
| 1/7 | | WT Fed#00735 Cnb-City National /Org=Edf Renewable Energy Srf# 2015010700002448 Trn#150107068215 Rfb# 0000000003558557 | 487,563.48 | | |
| 1/7 | | Wire Trans Svc Charge - Sequence: 150107068215 Srf# 2015010700002448 Trn#150107068215 Rfb# 0000000003558557 | | 15.00 | |
| 1/7 | | Online Transfer to Tender Land Power CO Inc Ref #Ibeg9Vqb88 Business Checking Mtc Checking to Tpc Checking | | 487,500.00 | 4,122.18 |
| **Ending balance on 1/31** | | | | | **4,122.18** |
| **Totals** | | | **$487,563.48** | **$487,515.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 01/01/2015 - 01/31/2015 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $4,073.70 ☑ |
| · Average ledger balance | $6,000.00 | $4,113.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| WA/WA | | |

021554


## ☑ IMPORTANT ACCOUNT INFORMATION

The following information is provided to help clarify an existing fee waiver associated with Overdraft fees. The benefit has not changed. At the end of our nightly processing, if both your ending daily account balance and your available balance are overdrawn by $5 or less, any overdraft fee(s) will be waived. This fee waiver is associated with your total overdrawn balance, not the dollar size of the transaction(s) contributing to the overdrawn balance.



**WELLS FARGO**

CONFIDENTIAL

---

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/10 | | WT Fed#01086 Cnb-City National /Org=Edf Renewable Energy Srf# 2015021000003450 Trn#150210083589 Rfb# 0000000003612101 | 90,329.25 | | |
| 2/10 | | Wire Trans Svc Charge - Sequence: 150210083589 Srf# 2015021000003450 Trn#150210083589 Rfb# 0000000003612101 | | 15.00 | |
| 2/10 | | Online Transfer to Tender Land Power CO Inc Ref #Iben49Pmtg Business Checking Mtc Checking to Tpc Checking | | 90,400.00 | 4,036.43 |
| | | Ending balance on 2/28 | | | 4,036.43 |
| | | **Totals** | **$90,329.25** | **$90,415.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 02/01/2015 - 02/28/2015 | Standard monthly service fee $12.00 | You paid $0.00 |
|------|------|------|
| The bank has waived the fee for this fee period. | | |

| How to avoid the monthly service fee Have any **ONE** of the following account requirements | Minimum required | This fee period |
|------|------|------|
| • Minimum daily balance | $3,000.00 | $4,036.43 ☑ |
| • Average ledger balance | $6,000.00 | $4,064.00 ☐ |
| • Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

W8/W8

021410

---

## ✓ IMPORTANT ACCOUNT INFORMATION

The following information is provided to help clarify an existing fee waiver associated with Overdraft fees. The benefit has not changed. At the end of our nightly processing, if both your ending daily account balance and your available balance are overdrawn by $5 or less, any overdraft fee(s) will be waived. This fee waiver is associated with your total overdrawn balance, not the dollar size of the transaction(s) contributing to the overdrawn balance.





CONFIDENTIAL

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|---------------------|---------------------|
| 3/23 | | WT Fed#01691 Cnb-City National /Org=Alta Mesa Power Purchase Contrct Tr Srf# 2015032300005316 Trn#150323121945 Rfb# 0000000003684207 | 172,955.04 | | |
| 3/23 | | Wire Trans Svc Charge - Sequence: 150323121945 Srf# 2015032300005316 Trn#150323121945 Rfb# 0000000003684207 | | 15.00 | |
| 3/23 | | Online Transfer to Tender Land Power CO Inc Ref #Ibetws6Wlf Business Checking Mtc Checking to Tpc Checking | | 172,975.00 | 4,001.47 |
| **Ending balance on 3/31** | | | | | **4,001.47** |
| **Totals** | | | **$172,955.04** | **$172,990.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/01/2015 - 03/31/2015 | Standard monthly service fee $12.00 | You paid $0.00 |
|-----|-----|-----|
| The bank has waived the fee for this fee period. | | |

| How to avoid the monthly service fee | Minimum required | This fee period |
|-----|-----|-----|
| Have any **ONE** of the following account requirements | | |
| • Minimum daily balance | $3,000.00 | $4,001.47 ☑ |
| • Average ledger balance | $6,000.00 | $4,026.00 ☐ |
| • Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

W8/W8

025692





WELLS
FARGO

CONFIDENTIAL

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 4/20 | | WT Fed#01427 Cnb-City National /Org=Edf Renewable Energy Srf# 2015042000004368 Trn#150420103481 Rfb# 0000000003737650 | 168,494.46 | | |
| 4/20 | | Wire Trans Svc Charge - Sequence: 150420103481 Srf# 2015042000004368 Trn#150420103481 Rfb# 0000000003737650 | | 15.00 | |
| 4/20 | | Online Transfer to Tender Land Power CO Inc Ref #Ibecfss9Kb Business Checking Mtc Checking to Tpc Checking | | 168,494.00 | 3,986.93 |
| 4/22 | | Online Transfer From Tender Land Power CO I Ref #Ibe8Jrqd7H Business Checking Tpc Checking to Mtc Checking | 25.00 | | 4,011.93 |
| **Ending balance on 4/30** | | | | | **4,011.93** |
| **Totals** | | | **$168,519.46** | **$168,509.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/01/2015 - 04/30/2015 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

The bank has waived the fee for this fee period.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $3,986.93 ☑ |
| · Average ledger balance | $6,000.00 | $4,004.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

W8/W8

020264



CONFIDENTIAL

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|----------|-----------|--------|
| 5/18 | | Bank By Mail Deposit | 3,125.11 | | 7,137.04 |
| 5/22 | | WT Fed#02619 Cnb-City National /Org=Edf Rebewable Energy Srf# 2015052200006549 Trn#150522134396 Rfb# 0000000003805941 | 172,244.07 | | |
| 5/22 | | Wire Trans Svc Charge - Sequence: 150522134396 Srf# 2015052200006549 Trn#150522134396 Rfb# 0000000003805941 | | 15.00 | |
| 5/22 | | Online Transfer to Tender Land Power CO Inc Ref #Iber2Bttst Business Checking Mtc Checking to Tpc Checking | | 175,200.00 | 4,166.11 |
| | | Ending balance on 5/31 | | | 4,166.11 |
| | | **Totals** | **$175,369.18** | **$175,215.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 05/01/2015 - 05/31/2015 | Standard monthly service fee $12.00 | You paid $0.00 |
|------|------|------|

The bank has waived the fee for this fee period.

| How to avoid the monthly service fee | Minimum required | This fee period |
|------|------|------|
| Have any **ONE** of the following account requirements | | |
| • Minimum daily balance | $3,000.00 | $4,011.93 ☑ |
| • Average ledger balance | $6,000.00 | $4,465.00 ☐ |
| • Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

W8/W8

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Transactions | 4 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

022618

 **IMPORTANT ACCOUNT INFORMATION**

In an effort to communicate urgent account information more quickly, we are changing the way we deliver account notices to Online Banking customers for whom we have a valid email address. Starting in June, we will begin to deliver some account notices to you via email and a copy will also be placed in your Wells Fargo Online secure inbox. These email notices will arrive up to three (3) days faster than paper notices.





**WELLS FARGO**

CONFIDENTIAL

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/24 | | WT Seq114719 Sei Ptc Acf City Nation /Org=Alta Mesa Power Purchase Contrct T Srf# Ec15062448418282 Trn#150624114719 Rfb# 14364214 | 255,951.86 | | |
| 6/24 | | Wire Trans Svc Charge - Sequence: 150624114719 Srf# Ec15062448418282 Trn#150624114719 Rfb# 14364214 | | 15.00 | |
| 6/24 | | Online Transfer to Tender Land Power CO Inc Ref #Ibe2R9Cn6x Business Checking Mtc Checking to Tpc Checking | | 256,000.00 | 4,102.97 |
| **Ending balance on 6/30** | | | | | **4,102.97** |
| **Totals** | | | **$255,951.86** | **$256,015.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.



| Fee period 06/01/2015 - 06/30/2015 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

The bank has waived the fee for this fee period.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $4,102.97 ☑ |
| · Average ledger balance | $6,000.00 | $4,151.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

W8/W8

# ☑ IMPORTANT ACCOUNT INFORMATION



In an effort to communicate urgent account information more quickly, we are changing the way we deliver account notices to Online Banking customers for whom we have a valid email address. Starting in June, we will begin to deliver some account notices to you via email and a copy will also be placed in your Wells Fargo Online secure inbox. These email notices will arrive up to three (3) days faster than paper notices.





**WELLS FARGO**

CONFIDENTIAL

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/6 | | Online Transfer to Jones M Ref #Ibecgkkvgs Checking Withdrawal From Mtc Checking | | 4,000.00 | 102.97 |
| 7/20 | | WT Seq#56060 Sei Ptc Acf City Nation /Org=Alta Mesa Power Purchase Contrct T Srf# Ec15072081357115 Trn#150720056060 Rfb# 14525879 | 122,041.19 | | |
| 7/20 | | Wire Trans Svc Charge - Sequence: 150720056060 Srf# Ec15072081357115 Trn#150720056060 Rfb# 14525879 | | 15.00 | 122,129.16 |
| 7/21 | | Online Transfer to Tender Land Power CO Inc Ref #Ibetxy3Ls7 Business Checking Mtc Checking to Tpc Checking | | 122,000.00 | 129.16 |
| **Ending balance on 7/31** | | | | | **129.16** |
| **Totals** | | | **$122,041.19** | **$126,015.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/01/2015 - 07/31/2015 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

The bank has waived the fee for this fee period.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $102.97 ☐ |
| · Average ledger balance | $6,000.00 | $4,694.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

WB/WB

022628

Case 6.18-ap-01058-W3   Doc 1   Filed 03/09/18   Entered 03/09/18 16:26:22
Main Document      Page 23 of 28

CONFIDENTIAL



**WELLS FARGO**

---

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

---

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 8/25 | | WT Seq#93103 Sei Ptc Acf City Nation /Org=Alta Mesa Power Purchase Contrct T Srf# Ec15082581478709 Trn#150825093103 Rfb# 14904590 | 113,841.30 | | |
| 8/25 | | Wire Trans Svc Charge - Sequence: 150825093103 Srf# Ec15082581478709 Trn#150825093103 Rfb# 14904590 | | 15.00 | |
| 8/25 | | Online Transfer to Tender Land Power CO Inc Ref #Iber388vdt Business Checking Mtc Checking to Tpc Checking | | 113,800.00 | 155.46 |
| **Ending balance on 8/31** | | | | | **155.46** |
| **Totals** | | | **$113,841.30** | **$113,815.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 08/01/2015 - 08/31/2015 | Standard monthly service fee $12.00 | You paid $0.00 |
|------|------|------|

The bank has waived the fee for this fee period.

| How to avoid the monthly service fee | Minimum required | This fee period |
|------|------|------|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $129.16 ☐ |
| · Average ledger balance | $6,000.00 | $135.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

W8/W8



023850

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>HELEN R. FRAZER, Solely in her capacity of Chapter 7 Trustee | DEFENDANTS<br>TENDERLAND RENEWABLES, LLC; a California limited liability company; TENDERLAND POWER COMPANY, INC., a Delaware corporation; and MARK G. JONES, an individual |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Elissa D. Miller (CA Bar No. 120029)<br>*emiller@sulmeyerlaw.com*<br>**Sulmeyer**Kupetz<br>333 South Hope Street, Thirty-Fifth Floor<br>Los Angeles, California 90071-1406<br>Telephone: 213.626.2311<br>Facsimile: 213.629.4520 | ATTORNEYS (If Known)<br>Thomas J. Polis, Esq.<br>Polis & Associates<br>19800 Mac Arthur Boulevard, Suite 1000<br>Irvine, CA 92612-2433<br>E-Mail: tom@polis-law.com<br><br>Attorney for Tenderland Renewables, LLC |

| PARTY (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☒ Trustee | PARTY (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☒ Other<br>☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Complaint for: 1) Disgorgement of Funds Paid Pursuant to California Business and Professions Code § 7031(b); 2) Avoidance of Fraudulent Transfers; 3) Recovery of Payments Avoided; 4) Subordination of Claim Pursuant to 11 U.S.C. § 510(c); and 5) Breach of Fiduciary Duty

### NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 70 01( 1) – Recovery of Money/Property**
☒ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☒ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 70 01 (2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001( 3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4 ) – Objection/ Revocation of Discharge**
☐ 41-Objection/re vocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 6 6 -Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 70 01(6) – Dischargeability (continued)**
☐ 61 -Dischargeability- §523(a)(5 ), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 6 5 -Dischargeability - other

**FRBP 70 01(7) – Injunctive Relief**
☐ 71 -Injunctive relief- imposition of stay
☐ 72-Injunctive relief - other

**FRBP 70 01(8) Subordination of Claim or Interest**
☒ 81 -Subordination of claim or interest

**FRBP 70 01(9) Declaratory Judgment**
☐ 91 -Declaratory judgment

**FRBP 70 01(10) Deter mi nation of Remove d Act ion**
☐ 01 -Determination of removed claim or cause

**Other**
☐ SS-SIPA Case - 15 U.S.C. §§78aaa et.seq.
☒ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | ☒ Demand $  $2,908,140.70 |
| Other Relief Sought | |


American LegalNet, Inc.
www.FormsWorkFlow.com

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>MARK TECHNOLOGY CORPORATION | BANKRUPTCY CASE NO.<br>6:16-bk-12192-WJ | |
| DISTRICT IN WHICH CASE IS PENDING<br>CENTRAL | DIVISION OFFICE<br>RIVERSIDE | NAME OF JUDGE<br>HON. WAYNE JOHNSON |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

*/s/Elissa D. Miller*

| DATE<br><br>March 9, 2018 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br><br>Elissa D. Miller |
|---|---|

## INSTRUCTIONS

    The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

    A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

    The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.


American LegalNet, Inc.
www.FormsWorkFlow.com

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Elissa D. Miller (CA Bar No. 120029)<br>*emiller@sulmeyerlaw.com*<br>**Sulmeyer**Kupetz<br>333 South Hope Street, Thirty-Fifth Floor<br>Los Angeles, California 90071-1406<br>Telephone: 213.626.2311<br>Facsimile: 213.629.4520<br><br><br><br><br><br>*Attorney for Plaintiff Helen R. Frazer, Chapter 7 Trustee* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>MARK TECHNOLOGIES CORPORATION,<br><br><br><br>Debtor(s). | CASE NO.:    6:16-bk-12192-WJ<br><br>CHAPTER:    7<br><br>ADVERSARY NO.: |
| HELEN R. FRAZER, solely in her capacity of Chapter 7 Trustee,<br><br><br>Plaintiff(s)<br><br>Versus<br><br>TENDERLAND RENEWABLES, LLC; a California limited liability company; TENDERLAND POWER COMPANY INC., a California corporation; and MARK G. JONES, an individual,<br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING**<br>**[LBR 7004-1]** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is _____. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| |
|---|
| **Hearing Date:** _____<br>**Time:** _____<br>**Courtroom:** _____ |   **Address:**<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 1                    **F 7004-1.SUMMONS.ADV.PROC**

American LegalNet, Inc.
www.FormsWorkFlow.com

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL
CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____

By: _____
                  Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                          Page 2                                          **F 7004-1.SUMMONS.ADV.PROC**

American LegalNet, Inc.
www.FormsWorkFlow.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy (1) of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    _____    _____
*Date*                          *Printed Name*                        *Signature*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                          Page 3                          **F 7004-1.SUMMONS.ADV.PROC**

American LegalNet, Inc.
www.FormsWorkFlow.com